CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAYA KIRAN KARTHIK PIDATALA, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, *et al*., <br><br> Defendants. | Case No. 3:26-cv-00228 PHK <br><br> **JOINT STATUS REPORT AND STIPULATION TO LIFT STAY OF PROCEEDINGS; [PROPOSED] ORDER** |

The parties submit this joint status report regarding Plaintiffs' Form I-526E, Petition for Alien Entrepreneur, and Form I-485, Application for Adjustment of Status. On March 24, 2026, the Court granted the parties' request to stay the proceeding. Dkt. No. 10. The parties conferred and request the stay in this case be lifted and the case be placed on the Court's active docket.  The parties propose the following briefing schedule:

1.    Defendants will file their response to Plaintiff's complaint by May 26, 2026.

2.    Defendants will file their motion for summary judgment by June 12, 2026.

3.    Plaintiffs will file their response to Defendants' motion (and any cross-motion or Rule 56(d) request) by July 13, 2026.

4.    Defendants will file their reply and opposition to Plaintiff's motion by July 27, 2026.

Stipulation
C 3:26-cv-00228 PHK                    1

5.      Plaintiffs will file their reply by August 10, 2026.

6.      The parties will notice their cross motions for summary judgment for a hearing on August 27, 2026, at 1:30 p.m.

The parties respectfully request that the Court grant their stipulation.

Dated: May 12, 2026                     Respectfully submitted,[1]

                                        CRAIG H. MISSAKIAN
                                        United States Attorney


                                        /s/ Molly A. Friend
                                        MOLLY A. FRIEND
                                        Assistant United States Attorney
                                        Attorneys for Defendants


Dated: May 12, 2026

                                        /s/ Jessica T. Arena
                                        JESSICA T. ARENA
                                        Attorney for Plaintiffs


[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.


Date:   5/14/2026

                                        PETER H. KANG
                                        United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 3:26-cv-00228 PHK                            2